E-Filing

1  BARRY J. PORTMAN
   Federal Public Defender
2  HILARY A. FOX
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607
4  Tel: (510) 637-3500
   Counsel for Defendant MARISCAL
5

6           IN THE UNITED STATES DISTRICT COURT

7           FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
   UNITED STATES OF AMERICA,        )
9                                   )   No. CR 06-70789-MAG (BZ)
              Plaintiff,            )
10                                  )   STIPULATION AND [PROPOSED]
         v.                         )   ORDER TO STAY COMMITMENT
11                                  )   ORDER AND REMOVAL
   CESAR MARISCAL MARISCAL,         )
12                                  )
              Defendant.            )
13                                  )

14       The parties submit this stipulation to request that the Court stay the order of Commitment
15  to Another District entered in this matter on December 7, 2006. At this time, Mr. Mariscal is
16  facing criminal proceedings both in the District of Arizona and, more recently, in the Northern
17  District of California, Oakland venue, as set forth in greater detail below. The parties agree that a
18  brief stay of the removal order is appropriate to afford an opportunity for the parties to determine
19  whether both pending cases may be resolved in a single disposition in this district.
20       On December 7th, Mr. Mariscal made his initial appearance before this Court in San
21  Francisco on a warrant issued out of the District of Arizona for violations of his supervised
22  release. At that appearance, Mr. Mariscal agreed to be removed to Arizona. This Court issue an
23  order of Commitment to Another District later that same day.
24       On December 14, while Mr. Mariscal was still in custody in the Northern District, awaiting
25  transfer to Arizona, the U.S. Attorney for the Northern District of California filed a complaint
26  charging Mr. Mariscal with a new violation of Section 1326 of Title 8 of the United States Code

STIP AND ORD FOR STAY                - 1 -

1  (docket number 4-06-70810-WDB). On December 15, Mr. Mariscal made his initial appearance
2  on that complaint before the Magistrate Judge in Oakland, California. At that time, neither the
3  Magistrate Judge nor counsel present in court were aware of the removal order already entered on
4  December 7 by the Magistrate Judge in San Francisco. Mr. Mariscal made a subsequent
5  appearance in Magistrate Court in Oakland on December 18, and is scheduled for a third
6  appearance in Magistrate Court in Oakland on January 16, 2007, at 10:00 a.m.
7      Counsel for Mr. Mariscal and for the government have been in discussions regarding a
8  possible joint resolution combining the new charge with the existing supervised release violation
9  out of Arizona. In order to allow the parties additional time to complete these discussions and, if
10 appropriate, arrange transfer of the supervised release proceedings to this district, the parties
11 jointly recommend and request that the Court stay the removal order issued December 7, 2006.
12 SO STIPULATED.
13 Dated:     January 12, 2007
14                                         HILARY A. FOX
                                            Attorney for Defendant MARISCAL
15
    SO STIPULATED.
16
    Dated:    January 12, 2007
17
                                            DEBORAH DOUGLAS
18                                          Assistant United States Attorney
19
                                ORDER
20
      Good cause appearing therefore, and pursuant to the stipulation of the parties, it is the
21
    ORDER of this Court that the Order of Commitment to Another District issued December 7,
22
    2006, is hereby STAYED until further action by this Court.
23
      IT IS SO ORDERED.
24
    Dated: January 12, 2007
25
                                            BERNARD ZIMMERMAN
                                            United States Magistrate Judge
26

STIP AND ORD FOR STAY                     - 2 -

1  (docket number 4-06-70810-WDB). On December 15, Mr. Mariscal made his initial appearance
2  on that complaint before the Magistrate Judge in Oakland, California. At that time, neither the
3  Magistrate Judge nor counsel present in court were aware of the removal order already entered on
4  December 7 by the Magistrate Judge in San Francisco. Mr. Mariscal made a subsequent
5  appearance in Magistrate Court in Oakland on December 18, and is scheduled for a third
6  appearance in Magistrate Court in Oakland on January 16, 2007, at 10:00 a.m.
7      Counsel for Mr. Mariscal and for the government have been in discussions regarding a
8  possible joint resolution combining the new charge with the existing supervised release violation
9  out of Arizona. In order to allow the parties additional time to complete these discussions and, if
10 appropriate, arrange transfer of the supervised release proceedings to this district, the parties
11 jointly recommend and request that the Court stay the removal order issued December 7, 2006.
12 SO STIPULATED.
13 Dated:    January __, 2007

HILARY A. FOX
Attorney for Defendant MARISCAL

SO STIPULATED.

Dated:    January __, 2007

DEBORAH DOUGLAS
Assistant United States Attorney

### ORDER

Good cause appearing therefore, and pursuant to the stipulation of the parties, it is the ORDER of this Court that the Order of Commitment to Another District issued December 7, 2006, is hereby STAYED until further action by this Court.

IT IS SO ORDERED.

Dated: January __, 2007

BERNARD ZIMMERMAN
United States Magistrate Judge

STIP AND ORD FOR STAY                          - 2 -